IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JAMES LUCAS                                                                    PLAINTIFF

v.                                    Case No. 6:25-cv-06100

COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION                                          DEFENDANT

**ORDER**

Before the Court is a Report and Recommendation filed on April 16, 2026, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 12.  Judge Singleton recommends that the Administrative Law Judge's ("ALJ") decision denying Plaintiff James Lucas' application for Disability Insurance Benefits ("DIB") and Supplemental Security Income ("SSI") be affirmed because it is supported by substantial evidence in the record.  *Id.* at 7.  Specifically, Judge Singleton found that the ALJ properly determined that Plaintiff retained the residual functional capacity to perform light work with certain restrictions and that Plaintiff was not disabled within the meaning of the Social Security Act. *Id.* at 5-7.

No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 12) *in toto*.  The ALJ's denial of Plaintiff's request for DIB and SSI is hereby **AFFIRMED**.  Plaintiff's Complaint (ECF No. 2) is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 15th day of May, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge